**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONALD S. CLARK,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-12-1444 |
| v. : | |
| : | (Judge Caputo) |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA**, *et al.*, : | |
| : | |
| Respondents : | |

**O R D E R**

**AND NOW**, this __7th__ day of **NOVEMBER, 2012**, upon consideration of the petition for writ of habeas corpus (Docs. 1 and 7-9), and Respondents' Motion to Dismiss (Doc. 13), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Motion to Dismiss the petition for writ of habeas corpus (Doc. 13) is **GRANTED**.

2. The petition for writ of habeas corpus is **DISMISSED** without prejudice to Mr. Clark's right to pursue federal habeas corpus relief at the conclusion of the state collateral review process.

                                           /s/ A. Richard Caputo
                                           **A. RICHARD CAPUTO
                                           United States District Judge**